IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VILLA SANTA MARIA, INC., a New Mexico**
**Non-Profit Corporation,**

      **Plaintiff,**

vs.                                                                      Civ. No. 04-1007 JP/RLP

**ZIMMERMAN CONSULTING, INC., a**
**New Mexico Corporation, d/b/a/ THE**
**IRVING N. BERLIN CHILD DEVELOPMENT**
**CENTER,**

      **Defendant.**

**MEMORANDUM OPINION AND ORDER**
**GRANTING PLAINTIFF'S MOTION TO VACATE PRETRIAL DEADLINES**
**AND SETTING NEW DEADLINES**

This matter comes before the court on Defendant's Motion to Vacate Pretrial Deadlines [Docket No. 25]. Defendant timely answered the Complaint, and asserted numerous counterclaims in a pleading filed on June 6, 2005. The court finds that good cause has been shown for vacating the pretrial deadlines previously set, *insofar as additional discovery is needed to address issues raised in Defendant's Answer and Counterclaim*, and for establishing new disclosure, discovery and motion practice deadlines.

Accordingly, the disclosure, discovery and motion practice deadlines previously set in the Initial Pre-Trial Report [Docket No. 16] are vacated.

It is hereby Ordered that the following disclosure, discovery and motion practice deadlines are established:

    August 5, 2005    Defendant shall file Rule 26 Initial Disclosures, identify experts, and serve expert witness reports.

August 19, 2005    Plaintiff shall identify experts and serve expert witness reports.

September 2, 2005    End of discovery.

September 19, 2005    Deadline for filing motion packets related to discovery

October 21, 2005    Deadline for filing all other motion packets.

All other deadlines established in the Initial Pre-Trial Report [Docket No. 16] remain unchanged.

**IT IS SO ORDERED.**

Richard L. Puglisi<br>
United States Magistrate Judge